**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

HEATHMAN FARM, LLC                                    CASE NO.: 9:23-cv-81412(RLR)(BER)
a Florida limited liability company,

    Plaintiff,

vs.

JP HAVENS GREAANHANDEL NV, a
foreign entity,

    Defendant.
_____/

**DEFENDANT, JP HAVENS GREAANHANDEL NV'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, JP HAVENS GREAANHANDEL NV ("Defendant"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, move to extend the time to respond to Plaintiff's Complaint in this action up to and including January 5, 2024. As support for this motion, Defendant states:

1. Plaintiff filed its Complaint on October 20, 2023.

2. Defendant was served with the Complaint on November 30, 2023.

3. The undersigned filed its Notice of Appearance on December 20, 2023.

4. The current deadline for Defendant to file its response is December 21, 2023.

5. Defendant requires additional time to respond to the Complaint, so as to allow recently retained counsel time to obtain pertinent information and confer with Defendant in order to sufficiently and accurately respond to the allegations set forth in the Plaintiff's Complaint. Therefore, Defendant has good cause supporting this Motion for Extension, in accord with Local Rule 7.1(a)(1)(J).

CASE NO. 9:23-cv-81412(RLR)(BER)
*Motion for Extension of Time to Respond to Complaint*

6. Pursuant to Local Rule 7.1(a)(3), Counsel for the Defendant conferred with Plaintiff's counsel on December 21, 2023, and they have agreed to an extension of time through January 5, 2024.

7. This request is not made for the purpose of undue delay and will not prejudice either party as this case is still in its early states.

WHEREFORE, Defendant, JP HAVENS GREAANHANDEL NV respectfully requests this Honorable Court grant the instant motion and extend the time to file a response to Plaintiff's Complaint **to January 5, 2024**.

### LOCAL RULE 7.1 CONFERRAL

Counsel for the movant, JP HAVENS GREAANHANDEL NV, hereby certifies that the undersigned conferred with counsel for Plaintiff, on December 21, 2023, in a good faith effort to resolve the issues raised, and counsel for the Plaintiff has consented the relief sought herein.

Dated this 21st day of December, 2023.

By: */s/ Carmen Y. Cartaya*
CARMEN Y. CARTAYA
Florida Bar No.: 515736
ccartaya@smsm.com
ALEIDA M. MIELKE
Florida Bar No: 101486
amielke@smsm.com
IAN P SINGER
Florida Bar No: 1002012
isinger@smsm.com

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
200 East Las Olas Blvd., Suite 1820
Fort Lauderdale, FL 33301
Telephone:  (954) 765-1001
Facsimile:  (954) 765-1005
*Attorneys for Defendant*
*JP Havens Graanhandel NV*

CASE NO. 9:23-cv-81412(RLR)(BER)
*Motion for Extension of Time to Respond to Complaint*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of December, 2023, we electronically filed the foregoing documents with the Clerk of the Court using CM/ECF, which then . served this day on all counsel or parties of record on the attached Service List in the manner specified, via transmission of Notice of Electronic Filing generated by CM/ECF and electronic mail.

## SERVICE LIST

| | |
|---|---|
| **Avery S. Chapman, Esq.**<br>Chapman Law Group<br>12008 South Shore Blvd., Ste. 105<br>Wellington, FL 33414<br>asc@chapmanlawgroup.net<br>teh@chapmanlawgroup.net<br>andrea@chapmanlawgroup.net<br>*Attorney for Plaintiff* | **Carmen Y. Cartaya, Esq.**<br>**Aleida M. Mielke, Esq.**<br>**Ian P. Singer, Esq.**<br>Segal McCambridge Singer & Mahoney, Ltd<br>200 East Las Olas Blvd., Suite 1820<br>Fort Lauderdale, FL 33301<br>ccartya@smsm.com<br>cycpleadings@smsm.com<br>amielke@smsm.com<br>ammpleadings@smsm.com<br>isinger@smsm.com<br>ipspleadings@smsm.com<br>*Attorneys for Defendant* |